Before State Industrial Board, Respondent. Emily Silny, Claimant, Respondent, v. Larry J. Margulies and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hasbrouck and McCann, JJ.

David J. Smith, Respondent, v. Walter W. Werts, Appellant.— Judgment and order unanimously affirmed, with costs. Present — H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ.

Before State Industrial Board, Respondent. Mrs. Anna Tealdo, Claimant, Respondent, v. Aimone & Cresto and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hasbrouck and McCann, JJ.

Jessie M. Temple, Respondent, v. William H. Keeler, Appellant.— Judgment and order unanimously affirmed, with costs. Present — H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ.

Before State Industrial Board, Respondent. Joseph Uher, Claimant, Respondent, v. Vincent Gaydos, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ.

Before State Industrial Board, Respondent. Raymond J. Vickers, Claimant, Respondent, v. Grambo Ice Cream Company and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hasbrouck and McCann, JJ.

Before State Industrial Board, Respondent. Jessie Valenti and Another, Claimants, Respondents, v. Belmar Contracting Company and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hasbrouck and McCann, JJ.

The Amsterdam City National Bank, Respondent. v. John W. Olmstead, Appellant, and Others.— Motion denied; the court holding that the authorities cited by plaintiff are inapplicable to a default judgment from which the right to appeal does not exist. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

Before State Industrial Board, Respondent. Matilda Breitinger, Claimant, Respondent, v. Rudolph Seus and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

Before State Industrial Board, Respondent. Axel Dalgaard, Claimant, Respondent, v. Camillus Cutlery Company and Another, Appellants.— Motion denied. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

Before State Industrial Board, Respondent. Estate of Angeline Dickquist, Deceased, Claimant, Appellant, v. Chautauqua Worsted Mills and Another, Respondents.— Decision unanimously affirmed, without costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

Before State Industrial Board, Respondent. Stefano Fricano, Claimant, Respondent, v. C. F. Starita Company, Inc., Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.